Jesus Florez
Name

620 Lowe St.

Kansas City Ks. 66101
Address

FILED
JUL 27 2018
Clerk, U.S. District Court
By ___ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| Jesus Florez, Plaintiff (Full Name) | CASE NO. 18-3182-SAC (To be supplied by the Clerk) |
|---|---|
| V. | |
| Wyandotte County Police Dept., Defendant(s) | CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 |

A. JURISDICTION

1) Jesus Florez, is a citizen of Chihuahua
   (Plaintiff)                           (State)

who presently resides at Butler County Jail
(Mailing address or place
701 S. Stone Road El Dorado, KS 67042
of confinement.)

2) Defendant Jesus Florez is a citizen of
   (Name of first defendant)

Ciudad Juarez Chihuahua, and is employed as
(City, State)

Restaurant Worker. At the time the
(Position and title, if any)

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

At the Time the police arrested me
I was at the house eating.

1

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

3) Defendant _____ is a citizen of
   (Name of second defendant)

_____, and is employed as
(City, state)

_____. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:

_____

_____

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

At the time of my arrest I was brutally beaten and ended up at the hospital. Due to the violent arrest I suffer half paralizes of my lower body, and stream head injuries and body injuries as well.

2

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: _Hospital Records CSN: 1023297986_

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_Hospital Bills._

B) (1) Count II: _____

(2) Supporting Facts: _____

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d) Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

_____
_____
_____
_____

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

*I want justice done on my behalf, for my violation of rights.*

_____    Jesus Florez
Signature of Attorney (if any)        Signature of Plaintiff

_____
(Attorney's full address and telephone number)

# Wyandotte County Adult Detention

| | |
|---|---|
| Jesus Florez <br><br> V.S. <br><br> Wyandotte County | |

### Denial Of Medical Needs

Inmates retain the essence of human dignity inherent in all persons. Respect for that dignity animates the Eigth Amendmen' Prohibition against Cruel and Unusual Punishment..... A Prison or Detention Facility that deprives Inmates basic Sustenance, including adequate medical Care, is incompatible with the Concept of Human Dignity and has No Place in Civilized Society. Medical Care Officals are Obligated Under The Eigth Amendment to Provied Inmates with Adequate Medical Care.

### Argument and Authority

Estelle V. Gamble, 429 U.S. 97, 103 (1976) - Brown V. Plata, 131 S.Ct 1910 1928 (2011).

Adequate Medical Care Applies Regardless of whether the Medical Care is Provided by The Governmentl Employes or by a Private Medical Staff under contract with The Government. In order to prevail on a Constitutional Claim of inadequate Medical Care, Inmates must show that Officals treated them with

"Delibrate Indifference" to "Serious Medical Needs".

What is Delibrate Indifference? An Offical demonstrates delibrate indifference if he or she recklessly disregards a substantial risk of harm to the Inmate. This is a higher standered then Negligence, and requires that the offical knows of and disregards an excessive risk of harm to the Inmate by failing to take reasonable steps to abate risk. Facility Officals knowladge of a substantial risk to an Inmates helth can be proven by "Circumstantial evidence", for example it maybe Inferred from "The very fact that the risk was Obvious".

The Circumstantal proof maybe shown by Deterioration in an Inmates helth, such as Obvious conditions like Sharp Weight loss, Difficulty walking and being housed on Upper Tiers, redness and swelling to an area. An Offical cannot excape liability if the evidence shown that he or she merely refused to verify under lying facts that he or she strongly suspected to be true, or decline to confirm inferences of risk that he or she suspected to exist. Officals records, complaints, formal grievances or other records reflecting the Nature of the Medical Complaint, the date of the Complaint, the individuals to whom the Complaint was made, the treatment provided, the Adequacy of the treatment, the date the treatment was provided, the Medical Staff seen, the nature of the follow up care ordered and whether it was carried out, the effects of any delay in obtaining treatment, and any additional infromation to the complaint that is available.

What is a Serious Medical Need? Some factors

courts have considered in determining whether a Serious Medical Need is an issue when (i) Whether a reasonable "Doctor or Patient" would preceive the medical need in question as important and worthy of Comment or Treatment (ii) Whether the Medical Condition Significantly affects daily activities and (iii) The existence of chronic and substantial pain. Additionally, Courts may find a "Serious Medical Need" if a Condition has been diagnosed by a physician as mandating treatment or..... is so Obvious that even a Lay Person would easily recognize the necessity of a doctor's attention.

A Serious Medical Need is present when ever the failure to treat an Inmates condition "could result in further significant injury or the unnecessary and Wantor inflicition of pain if not treated. Significant injury, pain or loss of function can constitute "Serious Medical Need" even if they are not life threatening. Pain can Constitute a "Serious Medical Need" even if the failure to treat it does not make the condition worse. The harm to helth does not need to have to already occurred, exposure to a risk that may cause harm in the future may also be the basis for Deliberate Indifference.

*Jesus Flores*
Defendant