Jesus Florez #161611
c/o Wyandotte County Adult Detention
710 N 7TH ST.
Kansas City ks 66101

CLERK U.S. DIST. COURT
TOPEKA, KANSAS
RECEIVED
SEP -4 2018

FILED
SEP -4 2018
By: _____ Deputy Clerk
Clerk, U.S. District Court

Court Clerks Office
United States District Court
444 S.E. Quincy
Topeka Kansas 66683.

IN The District Court of Wyandotte County, Kansas
Criminal Court Department

2018 MAY -9 AM 10:19

CLERK DISTRICT COURT
WYANDOTTE COUNTY KANSAS
BY _____ DEPUTY

State of Kansas,          Plaintiff,          Case No. 16-CR602
v.                                            Division #. 5
Jesus Florez,             Defendant,

## Defendant's Motion To Dismiss Charges In Case #16-CR602 Pursuant to K.S.A. 22-3402. Violation of Speedy Trial Rights.

Comes Now The Defendant, Jesus Florez, brings this Motion to Dismiss the case No. 16-CR602, because the States Statutes of Limitations has ran out of time, and can no longer prosecute this case and must Discharge The Defendant and Dismiss this case..

### LAW;
In Support The Defendant Will Argue That;

(1.) If any person charged with a crime and Held in Jail Solely by reason thereof shall not be brought to Trial within 150 days After his arraignment on the charges, he shall be entitled to be discharged from further liability to be tried for the crime charged, unless the delay shall happen as a result of the application or fault of the defendant, or a continuance shall be ordered by the court...

(2.) ### LAW; Mistrial, (Hung Jury);
In the event a mistrial is declared or a conviction is reversed on appeal to the Supreme Court, the 150 days. Time limitations provided for herein shall commence to run from the date the Mistrial is declared, or the date the Mandate of the Supreme Court is filed in the district court..

### ARGUMENT;
The Defendant have been Held in Jail since his arrest, through the first Trial that ended in a Hung Jury and a Mistrial was declared.. The State has not brought the defendant to Trial within an year since the mistrial dated April 3, 2017..

## ARGUMENT:

The Defendant has never requested a continuance, and never needed any continuance. If there been any continuances allowed by the court, it have happened against the defendant will...

## LAW:

The Kansas Constitutional Bill of Rights, Section 10 declares that in all prosecutions the accused shall have a speedy public trial by an impartial jury of the county in which the offense is alleged to have been committed. In construing the constitutional provisions we said in State v. Hess, 180 Kan. 472, 474, 304 P.2d 474, that this is not the grant of a mere privilege; it is the grant to an accused person of a right of which he cannot be deprived by the laches of public officers. In State v. Brockelman 173 Kan. 469, 249 P.2d 692, The Supreme Court has held: that the right to a speedy trial has been zealously guarded by the English people since the signing of the Magna Charta It is written into the Constitution of the United States and has been adopted in the bill of Rights of this State.. A right so sacredly guarded can't be lightly ignored..."

## CONCLUSION:

Wherefore, Defendant having presented argument and authority as set forth above, moves that the Defendant's motion be sustained, and release the defendant of this case and charges as set forth by the law...

_Jesus Flores_
Defendant