| U.S. Department of Homeland Security | | Continuation Page for Form I-862 |
|---|---|---|
| Alien's Name<br>FLORES-ACEVEDO, JESUS | File Number<br>209 449 127<br>Event No: KAN1910000024 | Date<br>10/05/2018 |

I862-ADDRESS
-----------
AMBASSADOR DRIVE SUITE 100 KANSAS CITY, MISSOURI, 64153

FILED
DEC 17 2018
Clerk, U.S. District Court
By: [signature] Deputy Clerk

## NOTIFICATION:

I don't have an Immigration Status, and because of <u>ICE</u> Pressure I Feel Obligated To leave the Country by a Voluntary exit befor Dec, 27, 2018, But I will be coming back next year to fight my case, 5:18-CV-03182-SA I will be leaving to Mexico CD Juarez CHIH.

Jesus Flores

| Signature<br>TAMI J NELSON | Title<br>SDDO |
|---|---|

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)