# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**JESUS FLOREZ,**

              **Plaintiff,**

**v.**                                                                      Case No. 18-3182-SAC

**WYANDOTTE COUNTY POLICE**
**DEPARTMENT, et al.,**

              **Defendants.**

**( )**    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( x )**   **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is dismissed without prejudice.

Entered on the docket 02/20/19

**Dated: February 20, 2019**          TIMOTHY M. O'BRIEN, CLERK

                                                           **s/S. Nielsen-Davis**
                                                           **Deputy Clerk**